**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CORTEZ, MARIO § | Case No. 10-11112-BWB |
| CORTEZ, MODESTA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S DEARBORN STREET
 7TH FLOOR
 CHICAGO, IL  60604

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/15/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/08/2011          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                          Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CORTEZ, MARIO<br>       CORTEZ, MODESTA<br><br>Debtor(s) | § Case No. 10-11112-BWB<br>§<br>§<br>§ |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,000.17 |
| *and approved disbursements of* | $ 5.66 |
| *leaving a balance on hand of* [1] | $ 6,994.51 |
| **Balance on hand:** | $ 6,994.51 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,994.51 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,450.01 | 0.00 | 1,450.01 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 2,040.00 | 0.00 | 2,040.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 23.70 | 0.00 | 23.70 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,513.71 |
| Remaining balance: | $ 3,480.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,480.80 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,480.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,436.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Student Assistance Commission | 1,039.57 | 0.00 | 177.06 |
| 2 | American Infosource Lp As Agent for | 3,548.16 | 0.00 | 604.32 |
| 3 | Roundup Funding, LLC | 380.73 | 0.00 | 64.85 |
| 4 | Chase Bank USA, N.A. | 15,468.07 | 0.00 | 2,634.52 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,480.75 |
| Remaining balance: | $ | 0.05 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.05

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.05

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 10-11112-BWB
Mario Cortez                                                    Chapter 7
Modesta Cortez
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams             Page 1 of 2                  Date Rcvd: Mar 09, 2011
                              Form ID: pdf006             Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2011.
```
db/jdb         +Mario Cortez,   Modesta Cortez,    1986 Wedgewood Circle,    Romeoville, IL 60446-5086
aty            +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                 Orland Park, IL 60462-3760
aty            +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
                 Orland Park, IL 60462-3760
aty            +David P Lloyd,   Grochocinski Grochocski and Lloyd Ltd,    1900 Ravinia Road,
                 Orland Park, IL 60462-3760
aty            +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
                 Orland Park, IL 60462-3760
aty            +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty            +Jonathan D Parker,    Geraci Law L.L.C.,    55 E. Monroe St. Suite #3400,    Chicago, IL 60603-5920
aty            +Nathan E Curtis,    Geraci Law L.L.C.,    55 E. Monroe # 3400,    Chicago, IL 60603-5920
tr             +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
                 Orland Park, IL 60462-3760
15259230       +ACS/CLC COLLEGE LOAN C,    Attn: Bankruptcy Dept.,    501 Bleecker St,    Utica, NY 13501-2401
15259229       +ACS/COLLEGE LOAN CORPO,    Attn: Bankruptcy Dept.,    501 Bleecker St,    Utica, NY 13501-2401
15259248       +Best Buy Co./Retail Services,    Bankruptcy Department,    PO Box 17298,    Baltimore, MD 21297-1298
15259237       +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15259245       +Chase,   Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
16362118        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15259231       +Circulo DE Lectores BOOK CLUB,    C/O RJM ACQ LLC,    575 Underhill Blvd Ste 2,
                 Syosset, NY 11791-3426
15259242       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15259243       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15259251       +Fingerhut,    Bankruptcy Department,    PO Box 1250,    St. Cloud, MN 56395-1250
15259241      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court:  HSBC/Bsbuy,    Attn: Bankruptcy Dept.,    Po Box 15519,
                 Wilmington, DE 19850)
15259228       +Harris N A,    Attn: Bankruptcy Dept.,    Po Box 94034,    Palatine, IL 60094-4034
15259239       +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
                 Chicago, IL 60603-5571
15259233       +Sallie MAE,    Attn: Bankruptcy Dept.,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
15259249       +Sears Bankruptcy Recovery,    Citibank USA Sears,    PO Box 20363,    Kansas City, MO 64195-0363
15259240       +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
15259244       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
15259250      ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
               (address filed with court:  Wachovia Bank,    Bankruptcy Department,    PO Box 15153,
                 Wilmington, DE 19850-5153)
15259246       +Will County Circuit Court,    Doc # 10 AR 071,    14 W. Jefferson St,    Joliet, IL 60432-4300
15259238       +Will County Circuit Court,    Doc #10 SC 0363,    14 W. Jefferson St,    Joliet, IL 60432-4300
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16286431        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2011 00:03:16
                 American Infosource Lp As Agent for,   Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
15259236       +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2011 00:06:11     GEMB/OLD NAVY,
                 Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
15259235       +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2011 01:23:27     GEMB/SAMS CLUB,
                 Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
15259232       +E-mail/Text: bankruptcy@ingdirect.com Mar 09 2011 22:54:14     ING Direct,
                 Attn: Bankruptcy Dept.,    1 S Orange St,    Wilmington, DE 19801-5045
15537761       +E-mail/Text: Bankruptcy@isac.org Mar 09 2011 22:55:03      Illinois Student Assistance Commission,
                 1755 Lake Cook Road,    Deerfield IL 60015-5209
16304684        E-mail/PDF: BNCEmails@blinellc.com Mar 10 2011 00:04:28      Roundup Funding, LLC,   MS 550,
                 PO Box 91121,    Seattle, WA 98111-9221
15259233       +E-mail/PDF: pa_dc_claims@salliemae.com Mar 10 2011 00:06:22     Sallie MAE,
                 Attn: Bankruptcy Dept.,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15259247*      +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
                 Chicago, IL 60603-5571
15259234*      +Sallie MAE,    Attn: Bankruptcy Dept.,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dwilliams           Page 2 of 2            Date Rcvd: Mar 09, 2011
                              Form ID: pdf006           Total Noticed: 35

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2011**           **Signature:**   *Joseph Speetjens*