**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CORTEZ, MARIO § Case No. 10-11112-BWB
   CORTEZ, MODESTA §
             §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5,900.00 <br> *(without deducting any secured claims)* | Assets Exempt: $35,900.00 |
| Total Distribution to Claimants: $3,480.88 | Claims Discharged <br> Without Payment: $51,426.65 |
| Total Expenses of Administration: $3,519.37 | |

  3) Total gross receipts of $ 7,000.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,000.25 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $274,601.00 | $274,601.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,519.37 | 3,519.37 | 3,519.37 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 54,907.53 | 54,907.53 | 3,480.88 |
| **TOTAL DISBURSEMENTS** | $0.00 | $333,027.90 | $333,027.90 | $7,000.25 |

    4) This case was originally filed under Chapter 7 on March 15, 2010. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/14/2011    By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNTS | 1129-000 | 120.00 |
| HOUSEHOLD GOODS | 1129-000 | 2,000.00 |
| 2000 MACK CH 613 | 1129-000 | 4,880.00 |
| Interest Income | 1270-000 | 0.25 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.25** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| SCHED | ING DIRECT | 4110-000 | 0.00 | 220,002.00 | 220,002.00 | 0.00 |
| SCHED | HARRIS NA | 4110-000 | 0.00 | 54,599.00 | 54,599.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$274,601.00** | **$274,601.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,450.01 | 1,450.01 | 1,450.01 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 23.70 | 23.70 | 23.70 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 2,040.00 | 2,040.00 | 2,040.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 5.66 | 5.66 | 5.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,519.37 | 3,519.37 | 3,519.37 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Student Assistance Commission | 7100-000 | N/A | 1,039.57 | 1,039.57 | 177.08 |
| 2 | American Infosource Lp As Agent for | 7100-000 | N/A | 3,548.16 | 3,548.16 | 604.34 |
| 3 | Roundup Funding, LLC | 7100-000 | N/A | 380.73 | 380.73 | 64.85 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 0.00 | 15,468.07 | 15,468.07 | 2,634.61 |
| SCHED | GEMB/SAMS CLUB | 7100-000 | 0.00 | 837.00 | 837.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| SCHED | HSB/BEST BUY | 7100-000 | 0.00 | 3,503.00 | 3,503.00 | 0.00 |
| SCHED | WACHOVIA BANK | 7100-000 | 0.00 | 6,400.00 | 6,400.00 | 0.00 |
| SCHED | SEARS | 7100-000 | 0.00 | 5,000.00 | 5,000.00 | 0.00 |
| SCHED | GEMB/OLD NAVY | 7100-000 | 0.00 | 1,770.00 | 1,770.00 | 0.00 |
| SCHED | SALLIE MAE | 7100-000 | 0.00 | 3,853.00 | 3,853.00 | 0.00 |
| SCHED | ACS/CLC COLLEGE LOAN | 7100-000 | 0.00 | 11,573.00 | 11,573.00 | 0.00 |
| SCHED | FINGERHUT | 7100-000 | 0.00 | 500.00 | 500.00 | 0.00 |
| SCHED | CIRCULO DE LECTORES BOOK CLUB | 7100-000 | 0.00 | 35.00 | 35.00 | 0.00 |
| SCHED | BEST BUY | 7100-000 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 54,907.53 | 54,907.53 | 3,480.88 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-11112-BWB  
**Case Name:** CORTEZ, MARIO  
                 CORTEZ, MODESTA  
**Period Ending:** 06/14/11

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 03/15/10 (f)  
**§341(a) Meeting Date:** 04/22/10  
**Claims Bar Date:** 01/18/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1986 WEDGEWOOD CIRCLE, ROMEOVILLE, IL | 218,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNTS | 120.00 | 0.00 | | 120.00 | FA |
| 3 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 2,000.00 | FA |
| 4 | BOOKS, ETC. | 50.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 7 | MARIO & SONS | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 1996 CHEVROLET TAHOE | 650.00 | 0.00 | | 0.00 | FA |
| 9 | 2001 GMC YUKON | 4,350.00 | 0.00 | | 0.00 | FA |
| 10 | 2000 MACK CH 613 | 7,500.00 | 7,500.00 | | 4,880.00 | FA |
| 11 | 1998 DORSEY TRAILER | 3,900.00 | 0.00 | DA | 0.00 | FA |
| 12 | PET | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.25 | Unknown |
| 13 | Assets Totals (Excluding unknown values) | **$236,970.00** | **$7,500.00** | | **$7,000.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

     PREPARING FINAL REPORT

**Initial Projected Date Of Final Report (TFR):** June 30, 2011      **Current Projected Date Of Final Report (TFR):** June 30, 2011

Printed: 06/14/2011 09:02 AM     V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-11112-BWB  
**Case Name:** CORTEZ, MARIO  
CORTEZ, MODESTA  
**Taxpayer ID #:** **-***1978  
**Period Ending:** 06/14/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/10 | | MARIO CORTEZ | PERSONAL PROPERTY | | 7,000.00 | | 7,000.00 |
| | {2} | | 120.00 | 1129-000 | | | 7,000.00 |
| | {3} | | 2,000.00 | 1129-000 | | | 7,000.00 |
| | {10} | | 4,880.00 | 1129-000 | | | 7,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 7,000.02 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.07 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.12 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-11112, Bond# 016026455 | 2300-000 | | 5.66 | 6,994.46 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,994.51 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,994.56 |
| 04/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 6,994.59 |
| 04/19/11 | | To Account #9200******6266 | TRANSFER FUND TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 6,994.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,000.25 | 7,000.25 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,994.59 | |
| | | | **Subtotal** | | 7,000.25 | 5.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,000.25** | **$5.66** | |

{} Asset reference(s)

Printed: 06/14/2011 09:02 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-11112-BWB  
**Case Name:** CORTEZ, MARIO  
CORTEZ, MODESTA  
**Taxpayer ID #:** **-***1978  
**Period Ending:** 06/14/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/11 | | From Account #9200******6265 | TRANSFER FUND TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 6,994.59 | | 6,994.59 |
| 04/20/11 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,450.01, Trustee Compensation; Reference: | 2100-000 | | 1,450.01 | 5,544.58 |
| 04/20/11 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $23.70, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 23.70 | 5,520.88 |
| 04/20/11 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $2,040.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,040.00 | 3,480.88 |
| 04/20/11 | 104 | Illinois Student Assistance Commission | Dividend paid 17.03% on $1,039.57; Claim# 1; Filed: $1,039.57; Reference: | 7100-000 | | 177.08 | 3,303.80 |
| 04/20/11 | 105 | American Infosource Lp As Agent for | Dividend paid 17.03% on $3,548.16; Claim# 2; Filed: $3,548.16; Reference: | 7100-000 | | 604.34 | 2,699.46 |
| 04/20/11 | 106 | Roundup Funding, LLC | Dividend paid 17.03% on $380.73; Claim# 3; Filed: $380.73; Reference: | 7100-000 | | 64.85 | 2,634.61 |
| 04/20/11 | 107 | Chase Bank USA, N.A. | Dividend paid 17.03% on $15,468.07; Claim# 4; Filed: $15,468.07; Reference: | 7100-000 | | 2,634.61 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,994.59 | 6,994.59 | $0.00 |
| | | | Less: Bank Transfers | | 6,994.59 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,994.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $6,994.59 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******62-65 | 7,000.25 | 5.66 | 0.00 |
| Checking # 9200-******62-66 | 0.00 | 6,994.59 | 0.00 |
| | $7,000.25 | $7,000.25 | $0.00 |

{} Asset reference(s)

Printed: 06/14/2011 09:02 AM   V.12.56